**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN C. GUZMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-01644-JLT GSA (PC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 16) |

The assigned magistrate judge found Plaintiff failed to state a claim upon which relief may be granted under 42 U.S.C. § 1983. In addition, the magistrate judge determined the action was barred by the favorable termination requirement of *Heck v. Humphrey*, 512 U.S. 477, 487-88 (1994). Therefore, the magistrate judge recommended this action be dismissed without prejudice to filing a petition for writ of habeas corpus. (Doc. 16.) The Court served the Findings and Recommendations to Plaintiff at his address of record and granted him 14 days to file objections to the findings and recommendations. (*Id.*) The 14-day period has expired, and Plaintiff did not file any objections or otherwise respond to the Findings and Recommendations.

According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire action, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on January 31, 2022 (Doc. 16), are

1

       **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice to filing a petition for writ of habeas corpus; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2022**

UNITED STATES DISTRICT JUDGE

2